# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glynis Brooks,<br><br>            Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank NA, et al.,<br><br>            Defendants. | No. CV-17-00571-PHX-DJH<br><br>**ORDER** |

The Court having received Plaintiff's Motion to Dismiss Experian Information Solutions, Inc. With Prejudice (Doc. 13),

**IT IS HEREBY ORDERED** granting the Motion (Doc. 13) and dismissing this action as to Experian Information Solutions Inc. only, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Defendant Experian Information Solutions Inc.

Dated this 13th day of April, 2017.

Honorable Diane J. Humetewa
United States District Judge