Christopher A. Meyers (#032558)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: cmeyers@swlaw.com
Attorneys for Defendant Equifax Information Services LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GLYNIS BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>Defendant. | No. 2:17-cv-00571-DJH<br><br>**SECOND SUPPLEMENT TO NOTICE OF REMOVAL – STATE COURT RECORD** |

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, and hereby file this Second Supplement to its Notice of Removal of this action to the United States District Court for the District of Arizona. Doc. 1.

Filed herewith as Exhibit D to the Notice of Removal is the Order of Dismissal as to JPMorgan Chase Bank, N.A. on January 17, 2017, in the McDowell Mountain Justice Court, Maricopa County, Arizona, entitled *Brooks v. JP Morgan Chase Bank, N.A., et al.*, Case No. CC2016-214742.

DATED this 8th day of May, 2017.

SNELL & WILMER L.L.P.

By s/Christopher Meyers
Christopher Meyers
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Attorneys for Plaintiff Equifax
Information Services LLC

## **CERTIFICATE OF SERVICE**

1. I hereby certify that on the 8th day of May, 2017, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing:

Kevin Fallon McCarthy
Joon Kee
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251

Johnathan A. Dessaules
DESSAULES LAW GROUP
5353 North 16th Street, #101
Phoenix, AZ 85016

s/Kimberly Erickson

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

Exhibit D

JAN 2 3 2017

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

17 JAN 17 PM 12:29

1 | John G. Kerkorian (012224)
kerkorianj@ballardspahr.com
2 | Heather Todd Horrocks (029190)
horrocksh@ballardspahr.com
3 | BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
4 | Phoenix, AZ 85004-2555
Telephone: 602.798.5400
5 | Facsimile: 602.798.5595
Attorneys for Defendant Chase Bank USA,
6 | N.A.

## MCDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 NORTH 40TH STREET, PHOENIX, AZ 85032

| | |
|---|---|
| GLYNIS BROOKS, | CASE NO. CC2016-214742 |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JP MORGAN CHASE BANK, N.A. aka CHASE BANK USA, N.A., AND EXPERIAN INFORMATION SOLUTIONS, INC., | (Assigned to Judge Michael Reagan) |
| Defendants. | |

The Court having considered the parties' stipulation for dismissal as to Defendant Chase Bank USA, N.A. only (erroneously named herein as "JP Morgan Chase Bank, N.A. aka Chase Bank USA, N.A."), and good cause appearing,

IT IS ORDERED that the stipulation is granted. This action is dismissed with prejudice as to Defendant Chase Bank USA, N.A. only, with each party to bear its own attorneys' fees and costs.

DATED this 18 day of January, 2017.

/s/ Michael Reagan
Honorable Michael Reagan

DMWEST #15269281 v1

# Certificate of Mailing
## Maricopa County Justice Courts

Case Number: CC2016214742

I CERTIFY that I mailed/delivered a copy to:

| | |
|---|---|
| ☐ Plaintiff at the above address | ☐ Defendant at the above address |
| ☒ Plaintiff's Attorney | ☒ Defendant's Attorney |
| ☐ Garnishee | ☐ Other |

Date: 1/18/2017   Clerk: KM