**MCCARTHY** LAW PLC
CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Jacob W. Hippensteel, 032713
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
Jacob.hippensteel@McCarthylawyer.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

|  |  |
|---|---|
| GLYNIS BROOKS,<br><br>        Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A. aka CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,<br>        Defendants. | Case No.: 2:17-cv-00571-DJH<br><br><br>**PLAINTIFF'S MOTION TO DISMISS EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE** |

Plaintiff, GLYNIS BROOKS ("Plaintiff"), pursuant to FRCP 41(a)(2), respectfully moves this Court for an order dismissing Defendant, EQUIFAX INFORMATION SERVICES, LLC ("Equifax"), with prejudice, as Plaintiff and Equifax have finalized settlement. The parties are to bear their own attorneys' fees and costs. A proposed form of order is attached.

Respectfully submitted this 7th day of November, 2017.

MCCARTHY LAW PLC
*By:/s/ Jacob W. Hippensteel*
Jacob W. Hippensteel
4250 N. Drinkwater Boulevard, Suite 320
Scottsdale, AZ 85251
Attorney for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, AZ 85251
602-456-8900
www.McCarthyLawyer.com

Brooks v. Chase et al - Equifax          1          Dismissal

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Melissa Radabaugh*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Brooks v. Chase et al - Equifax                    2                              Dismissal