IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glynis Brooks,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC,<br><br>　　　　Defendant. | No. CV-17-00571-PHX-DJH<br><br>**ORDER** |

The Court having received Plaintiff's Motion to Dismiss Equifax Information Services, LLC, with Prejudice (Doc. 29),

IT IS ORDERED granting the Motion (Doc. 29) and dismissing this action as to Defendant Equifax Information Services, LLC, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate Defendant Equifax Information Services, LLC.

Dated this 9th day of November, 2017.

Honorable Diane J. Humetewa
United States District Judge